**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| **KAY MESSINA** )<br>)<br>  **Plaintiff** )<br>)<br>  v. )<br>)<br>**ROCKY MOUNTAIN ROCOVERY** )<br>**SYSTEMS, INC.,** )<br>)<br>  **Defendant** ) | Case No.: 1:16-cv-00642-UNA |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint without prejudice.

Dated: January 27, 2017        BY: */s/ W. Christopher Componovo*
                                W. Christopher Componovo, Esq.
                                Kimmel & Silverman, P.C.
                                Silverside Carr Executive Center
                                Suite 118, 501 Silverside Road
                                Wilmington, DE 19809
                                Phone: (302) 791-9373
                                Facsimile: (302) 791-9476
                                Attorney for Plaintiff

**Certificate of Service**

I hereby certify that on this 27th day of January, 2017, a true and correct copy of the foregoing pleading served via mail to the below:

Rocky Mountain Recovery Group, LLC
2851 S. Parker Road
Ste. 716
Aurora, CO 80014

                                            */s/ W. Christopher Componovo*
                                            W. Christopher Componovo, Esq.
                                            Kimmel & Silverman, P.C.
                                            Silverside Carr Executive Center
                                            Suite 118, 501 Silverside Road
                                            Wilmington, DE 19809
                                            Phone: (302) 791-9373
                                            Facsimile: (302) 791-9476
                                            Attorney for Plaintiff